IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01026-PSF-MJW

EDGNA ALMEIDA,

    Plaintiff,

v.

AMERICAN PRESIDENT LINES, LTD,
a Delaware Corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER AND VACATE AND RESCHEDULE FINAL PRETRIAL CONFERENCE** ( Docket No. 21 )

The Court, having reviewed Plaintiff's Stipulated Motion to Amend Scheduling Order and Vacate and Reschedule Final Pretrial Conference, hereby GRANTS the motion. The deadlines for this case shall be as follows:

| | |
|---|---|
| **Discovery Completion:** | June 15, 2007 |
| **Designation of Experts:** | April 6, 2007 |
| **Designation of Rebuttal Experts:** | May 4, 2007 |
| **Deadline to amend pleadings:** | March 15, 2007 |

It is further ORDERED that the Pretrial Conference currently scheduled for May 23, 2007 at 8:30 a.m. is hereby vacated. Counsel for Plaintiff shall reset this Pretrial Conference with five (5) days from the date of this Order.

DATED this 28th day of February, 2007.

BY THE COURT:

Michael J. Watanabe
US District Court Magistrate Judge