Case 1:06-cv-01026-PSF-KLM   Document 28   Filed 03/08/07   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01026-PSF-MJW

EDGNA ALMEIDA,

    Plaintiff,

v.

AMERICAN PRESIDENT LINES, LTD,
a Delaware Corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER
AND SCHEDULE PRE-TRIAL CONFERENCE**
( Docket No. 25 )

The Court, having reviewed Plaintiff's Stipulated Motion to Amend Scheduling Order and Schedule Pre-trial Conference, hereby GRANTS the motion. The deadline to file dispositive motion shall be July 20, 2007. Further, the Pre-trial Conference in this matter is scheduled for September 10, 2007 at 9:00 a.m.

DATED this 8th day of March, 2007.

BY THE COURT:

_____
Michael J. Watanabe
US District Court Magistrate Judge