IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01026-PSF-MJW

EDGNA ALMEIDA,

Plaintiff(s),

v.

AMERICAN PRESIDENT LINES, LTD.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion for the Entry of a Protective Order (docket no. 36) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: April 23, 2007