IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01026-PSF-KLM

EDGNA ALMEIDA,

    Plaintiff,

v.

AMERICAN PRESIDENT LINES, LTD., a Delaware Corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Dismissal With Prejudice (Dkt. # 48).  It is hereby

ORDERED that any and all claims by the parties and against each other in this matter are DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

DATED:  August 10, 2007

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge